IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JERRY CHAMPION**                                                      **PLAINTIFF**
**ADC #91354**

**V.**                       **NO: 5:15CV00334 PSH**

**ESTELLA BLAND,** *et al.*                                         **DEFENDANTS**

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 9th day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE